■ CHRISTINA LaFLER, Individually and as Mother and Natural Guardian of JOSHUA LaFLER, an Infant Under the Age of Five Years, et al., Appellants, v MARTIN DALEY et al., Defendants, LEWIS COUNTY OPPORTUNITIES, INC., Doing Business as HOUSING ASSISTANCE PROGRAM OF JEFFERSON/LEWIS COUNTIES, Respondent, and CARTHAGE FEDERAL SAVINGS & LOAN ASSOCIATION, Appellant-Respondent. [778 NYS2d 405]—Appeal and cross appeal from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered on or about August 6, 2003. The order, among other things, granted in part plaintiffs' motion for leave to serve a second amended complaint.

It is hereby ordered that the order so appealed from be and

the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.